447 A.2d 653

Commonwealth v. Holliday, Jr., etc., Appellant.

Petition for Allowance of Appeal Denied Dec. 6, 1982.

Argued November 10, 1980.   John P. Joyce, for appellant;  George B. Kaufman, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, BROSKY and VAN der VOORT, JJ.

Judgment of sentence affirmed.

447 A.2d 653

Commonwealth v. Hullihan, Appellant.

Submitted February 22, 1982.   Jeffrey P. Bowe, Assistant Public Defender, for appellant;  Richard B. Russell, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, McEWEN and HOFFMAN, JJ.

Judgment of sentence affirmed.